UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-335 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Howard Ozell Crenshaw, | |
| Defendant. | |

---

This matter comes before the Court on the parties' Joint Motion to Continue Deadlines and Exclude Time, ECF No. 20. The parties request the deadline for pretrial motions to be continued to March 21, 2025, and that the other corresponding deadlines be continued. *Id.* at 1. The parties explain that additional time is needed to give the defense sufficient time to review discovery and to decide on the appropriate next steps. *Id.* at 1-2. The extension may also result in an efficient resolution of this matter. *Id.* at 2. The parties also request the Court to exclude the period of continuance from computation under the Speedy Trial Act. *Id.*

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendants in a speedy trial and such continuance is necessary to provide the parties and their respective counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion to Continue Deadlines and Exclude Time, ECF No. 20, is **GRANTED**.

2. The period of time from **the date of this Order through March 21, 2025**, shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case shall be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **March 21, 2025**. D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses shall be delivered directly to the chambers of Magistrate Judge Leung.

4. **Counsel shall electronically file a letter on or before March 21, 2025, if no motions will be filed and there is no need for hearing.**

5. All responses to motions shall be filed by **April 4, 2025**. D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses shall be filed by **April 4, 2025**. D. Minn. LR 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses shall be filed by **April 9, 2025**. D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The government makes timely disclosures, and a defendant pleads particularized matters for which an evidentiary hearing is necessary; or

  b. Oral argument is requested by either party in its motion, objection, or response pleadings.

9. If required, the motions hearing, shall take place before the undersigned on **April 11, 2025, at 10:00 a.m.**, in Courtroom 9W, Diana E. Murphy U.S. Courthouse, 300 South Fourth Street, Minneapolis, Minnesota.  D. Minn. LR 12.1(d).

10. **TRIAL:**

  a. **IF NO PRETRIAL MOTIONS ARE FILED BY DEFENDANT, the following trial and trial-related dates are:**

All voir dire questions and jury instructions and trial related motions (including motions in limine) must be submitted to District Judge Susan Richard Nelson on or before *a date to be determined*.

This case must commence trial on *a date to be determined* before District Judge Susan Richard Nelson in Courtroom 7B, Warren E. Burger Federal Building and U.S. Courthouse, 316 North Robert Street, **SAINT PAUL**, Minnesota.

  b. **IF PRETRIAL MOTIONS ARE FILED, the trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge Nelson to confirm the new trial date.**

Dated: January 28, 2025       *s/ Tony N. Leung*
                Tony N. Leung
                United States Magistrate Judge
                District of Minnesota

                *United States v. Crenshaw,*
                Case No. 24-cr-335 (SRN/TNL)